SHANQUIA CHARMELL NEWSOME MOORE
13 YARDING POINTE
HATTIESBURG, MS 39401

CENTURY FIRST
3318 HARDY STREET
HATTIESBURG, MS 39401

LABCORP
PO BOX 2240
BURLINGTON, NC 27216-22

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CHECK INTO CASH
CUSTOMER SERVICE DEPT
PO BOX 550
CLEVELAND, TN 37364-0550

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

ADVANCE AMERICA
4600 HARDY ST
STE 6
HATTIESBURG, MS 39402

CHECK NOW
1815 HARDY ST
HATTIESBURG, MS 39401

MUSIC & ARTS
5295 WESTVIEW DR
FREDERICK, MD 21703

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-5087

COMMUNITY CHOICE FINAN
212 C BROADWAY DR
HATTIESBURG, MS 39401

NATIONAL CREDIT
P.O. BOX 3023
HUTCHINSON, KS 67504

BELK
PO BOX 530940
ATLANTA, GA 30353

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

NATIONAL CREDIT ADJ
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504

BRIDGECREST ACCEPTANCE
PO BOX 53087
SUITE 100
PHOENIX, AZ 85072

EZ CASH
6051 US HWY 49
HATTIESBURG, MS 39401

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

CADENCE BANK
6471 US 98
HATTIESBURG, MS 39402

FIRST HERITAGE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

PORTFOLIO RECOVERY
120 CORPORATE BLVD
NORFOLK, VA 23502

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-0599

JUSTIN MOODY
P.O. BOX 127
MC LAIN, MS 39456

REGIONS BANK
PO BOX 10063
BIRMINGHAM, AL 35202-00

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

KOHL'S
PO BOX 2983
MILWAUKEE, WI 53201

SINGING RIVER FCU
PO BOX 8685
MOSS POINT, MS 39562

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205


SUMMIT FINANCIAL
5064 HARDY ST
STE 60
HATTIESBURG, MS 39402


TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


US DEPT OF EDUCATION
PO BOX 300001
GREENVILLE, TX 75403


US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201


VANDERBILT MORTGAGE
500 ALCOA TRAIL
MARYVILLE, TN 37804