United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51491-KMS
Shanquia Charmell Newsome Moody Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Oct 06, 2025      Form ID: 309A      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanquia Charmell Newsome Moody, 13 Yarding Pointe, Hattiesburg, MS 39401-8008 |
| 5572281 | | Cadence Bank, 6471 US 98, Hattiesburg, MS 39402 |
| 5572286 | + | Check Now, 1815 Hardy St, Hattiesburg, MS 39401-4913 |
| 5572287 | + | Community Choice Finan, 212 C Broadway Dr, Hattiesburg, MS 39401-5036 |
| 5572289 | | EZ Cash, 6051 US Hwy 49, Hattiesburg, MS 39401 |
| 5572303 | + | Summit Financial, 5064 Hardy St, Ste 60, Hattiesburg, MS 39402-1394 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Oct 06 2025 19:30:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QDAHENDERSON.COM | Oct 06 2025 23:31:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Oct 06 2025 19:30:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5572278 | | EDI: ATTWIREBK.COM | Oct 06 2025 23:31:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5572277 | + | Email/Text: bnc@teampurpose.com | Oct 06 2025 19:30:00 | Advance America, 4600 Hardy St, Ste 6, Hattiesburg, MS 39402-1349 |
| 5572279 | + | EDI: SYNC | Oct 06 2025 23:31:00 | Belk, PO Box 530940, Atlanta, GA 30353-0940 |
| 5572280 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 06 2025 19:30:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5572284 | | Email/Text: bankruptcy@centuryfirstfcu.com | Oct 06 2025 19:30:00 | Century First, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5572282 | | EDI: CAPITALONE.COM | Oct 06 2025 23:31:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5572283 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 06 2025 19:30:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5572285 | | Email/Text: bkinfo@ccfi.com | Oct 06 2025 19:30:00 | Check Into Cash, Customer Service Dept, PO Box 550, Cleveland, TN 37364-0550 |
| 5572288 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2025 19:30:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5572290 | + | Email/Text: bankruptcy@curo.com | Oct 06 2025 19:30:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: 309A | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Greenville, SC 29602-1947 |
| 5572292 | + | EDI: CAPITALONE.COM | Oct 06 2025 23:31:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5572293 | | Email/Text: govtaudits@labcorp.com | Oct 06 2025 19:30:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5572294 | | EDI: MSDOR | Oct 06 2025 23:31:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5572295 | + | Email/Text: cdadmin@musicarts.com | Oct 06 2025 19:30:00 | Music & Arts, 5295 Westview Dr, Frederick, MD 21703-8519 |
| 5572296 | + | Email/Text: bankruptcy@ncaks.com | Oct 06 2025 19:30:00 | National Credit, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5572297 | + | Email/Text: bankruptcy@ncaks.com | Oct 06 2025 19:30:00 | National Credit Adj, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5572298 | | Email/Text: caseyof2@yahoo.com | Oct 06 2025 19:30:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5572299 | | EDI: PRA.COM | Oct 06 2025 23:31:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5572300 | | Email/Text: newbk@Regions.com | Oct 06 2025 19:30:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5572301 | + | Email/Text: lynn.simmers@srfcu.org | Oct 06 2025 19:30:00 | Singing River FCU, PO Box 8685, Moss Point, MS 39562-0011 |
| 5572302 | + | Email/Text: bkinfo@ccfi.com | Oct 06 2025 19:30:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5572304 | | Email/Text: bankruptcynotices@trustmark.com | Oct 06 2025 19:30:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5572305 | ^ | MEBN | Oct 06 2025 19:26:10 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5572306 | + | EDI: MAXMSAIDV | Oct 06 2025 23:31:00 | US Dept Of Education, Po Box 300001, Greenville, TX 75403-3001 |
| 5572307 | + | Email/Text: ebone.woods@usdoj.gov | Oct 06 2025 19:30:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5572308 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Oct 06 2025 19:30:00 | Vanderbilt Mortgage, 500 Alcoa Trail, Maryville, TN 37804 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5572291 | ##+ | Justin Moody, P.O. Box 127, Mc Lain, MS 39456-0127 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0538-6  User: mssbad  Page 3 of 3
Date Rcvd: Oct 06, 2025  Form ID: 309A  Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025  Signature:  /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
### United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Shanquia Charmell Newsome Moody** | Social Security number or ITIN | xxx–xx–3676 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **25–51491–KMS**                                      Date case filed for chapter **7    10/6/25**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Shanquia Charmell Newsome Moody | |
| 2. | **All other names used in the last 8 years** | aka Shanquia Charmell Newsome–Moody, aka Shanquia C Newsome–Moody | |
| 3. | **Address** | 13 Yarding Pointe<br>Hattiesburg, MS 39401 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Derek A Henderson T1<br>1765–A Lelia Drive<br>Suite 103<br>Jackson, MS 39216 | Contact phone 601–948–3167<br>Email trustee@derekhendersonlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**                      page 1

| Debtor **Shanquia Charmell Newsome Moody** | | Case number **25–51491–KMS** |
|---|---|---|

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse 2012 15th Street, Suite 244 Gulfport, MS 39501 | **Office Hours:** **Monday – Friday 8:00 AM – 5:00 PM** **Contact phone 228–563–1790** **Date: 10/6/25** |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2025 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Derek A Henderson T1 Zoom video meeting. Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709 , OR call 769–219–3337.** **For additional meeting information go to www.justice.gov/ust/moc** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/20/26** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**      page **2**