**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | § § | |
| SHANQUIA CHARMELL NEWSOME MOODY | § § § | CHAPTER 7 |
| DEBTOR(S) | § | CASE NO. 25-51491 |

| | | |
|---|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC. | § § § § | |
| MOVANT(S) | § § | |
| VS. | § § | |
| SHANQUIA CHARMELL NEWSOME MOODY | § § § § | |
| AND | § § | |
| DEREK A. HENDERSON, CHAPTER 7 TRUSTEE | § | |
| RESPONDENT(S) | | |

**MOTION FOR RELIEF FROM STAY**
**AND FOR ABANDONMENT FROM THE ESTATE**
**BY VANDERBILT MORTGAGE AND FINANCE, INC.**

COMES NOW Vanderbilt Mortgage and Finance, Inc., (hereinafter "Movant"), a secured creditor in the above bankruptcy proceeding and moves this Honorable Court to enter an Order abandoning collateral from the estate pursuant to 11 U.S.C. §554 and granting relief from Section 362(d) of the United States Bankruptcy Code to Movant so as to permit recovery of the collateral securing its claim and as grounds for said Motion states as follows:

1. Movant is a secured creditor in the above referenced Chapter 7 proceeding.

2. The Debtor financed the purchase of a 2017 Southern Homes Manufactured Home, VIN #RUS071133ALAB through Movant. Movant has a security interest in this manufactured

home as evidenced by the documents attached hereto as Exhibit "A" and incorporated herein by reference.

3. The Debtor has failed to redeem the collateral described in the security agreement with Movant, reaffirm the indebtedness to Movant, or payoff her account with Movant. Movant asserts that the collateral is burdensome to, or of inconsequential value to, the estate. Therefore, the Debtor may not retain the collateral securing Movant's claim.

4. The Debtor has not paid the installments due directly to Movant for the months of September 1, 2025 through October 1, 2025, for a total default of $1,913.22. Movant will incur additional attorney fees and costs for this motion.

5. The Debtor's Statement of Intention calls for the surrender of the collateral.

6. Based on the forgoing, Movant asserts that it is not adequately protected, and unless Movant is granted relief from the automatic stay so as to repossess and dispose of the collateral, Movant will suffer irreparable harm and injury.

WHEREFORE, Movant moves this Honorable Court:

A. Enter an Order abandoning the property from the estate pursuant to 11 U.S.C. §554 and granting to Movant relief under 11 U.S.C. Section 362(d) so as to permit Movant to pursue its state court remedies, repossess and dispose of the collateral securing its claim in accordance with its security agreement and the Uniform Commercial Code and thereafter amend its claim for the deficiency which may thereafter remain.

B. Movant further prays that upon final hearing of this Motion that the stay will be lifted automatically and that the fourteen (14) day waiting period of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure be waived.

C. Movant prays for such other and further relief to which it may be entitled.

Case No. 25-51491
Page 2

| | |
|---|---|
| Date: October 31, 2025 | */s/ Jillian L. Guin White* <br> Jillian L. Guin White (MS-105387) <br> Attorney for Vanderbilt Mortgage And Finance, Inc. <br> File No. 55570.267 |

OF COUNSEL

ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway. Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000
jwhite@rosenharwood.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing upon the following:

***By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed:***

Shanquia Charmell Newsome Moody
Debtor
13 Yarding Pointe
Hattiesburg, MS 39401

Justin Miguel Moody
Co-Obligor
10 Keys Loop
Beaumont, MS 39423

***Via the Court's Electronic mailing service (CM/ECF):***

Thomas Carl Rollins, Jr. (trollins@therollinsfirm.com *via CM/ECF Noticing Services*)
Attorney for Debtor
P.O. Box 13767
Jackson, MS 39236

Derek A. Henderson (derek@derekhendersonlaw.com *via CM/ECF Noticing Services*)
Chapter 7 Trustee
1765-A Lelia Drive Suite 103
Jackson, MS 39216

U.S. Trustee (USTPRegion05.AB.ECF@usdoj.gov *via CM/ECF Noticing Services*)
Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

This the 31st day of October, 2025.

<u>/s/ Jillian L. Guin White</u>
Jillian L. Guin White (MS-105387)
Of Counsel for Vanderbilt Mortgage and Finance, Inc.

Case No. 25-51491
Page 4