| | | |
|---|---|---|
| **STATE OF TENNESSEE** | § | **AFFIDAVIT OF** |
| | § | |
| **COUNTY OF BLOUNT** | § | **MATTHEW RICE** |

Before me, the undersigned authority, personally appeared Matthew Rice, hereinafter referred to as Affiant, who being known to me and being first duly sworn, deposes and says as follows:

1. My name is Matthew Rice and I am employed by Vanderbilt Mortgage and Finance, Inc. (hereinafter "Movant"). I have personal knowledge of the facts stated herein, and I am custodian of any records attached hereto. I have a personal understanding of how the books, records and computer systems relating to loan servicing at Movant function and how they relate to the bankruptcy proceeding filed by the Shanquia Charmell Newsome Moody (hereinafter "Debtor"). Among my responsibilities as an employee of Movant is to monitor the processing of payments and other requirements of the Debtor under the terms of the Debtor's *Consumer Loan Note and Security Agreement.*

2. The Debtor executed a *Consumer Loan Note and Security Agreement* (hereinafter "Contract") to Movant in the principal amount of $81,345.85 on February 15, 2018, which is secured by personal property being more particularly described in Movant's Motion for Relief on file and as evidenced by the Contract and in Movant's Motion for Relief from the Automatic Stay filed contemporaneously therewith. Movant is the current holder of said Contract. True and correct copies of the Contract and the Certificate of Title evidencing the perfection of Movant's security interest in the personal property are attached to the Motion for Relief from Stay as Exhibit "A". As of October 22, 2025, the aggregate amount due and owing Movant under the terms of the contract is $74,075.57. Debtor's Schedule A/B lists the current value of Debtor's interest in the property as $70,000.00. The subject note with Movant bears a rate of interest as provided therein.

3. The Debtor has not paid the installments due directly to Movant in the amount of $956.87 per month for the months of September 1, 2025 through October 1, 2025, for a total default of $1,913.22. Movant will incur additional attorney fees and costs for this motion.

4. The Debtor's Statement of Intention provides that the Debtor intends to surrender the personal property securing the indebtedness under the Contract. Since the value of the personal property is exceeded by the indebtedness of the Debtor to Movant, there is no equity available for distribution to unsecured creditors in this bankruptcy proceeding and the personal property is burdensome to the estate.

5. The information contained herein and in the attached Exhibits is based upon business records that Movant keeps in the ordinary course of its business, made at or near the time of the facts stated thereby, which Movant keeps, maintains and generates as part of its ordinary course of business. All of the above statements are true and correct and stated as facts based upon my own personal knowledge.

_____
AFFIANT
Vanderbilt Mortgage and Finance, Inc.

SWORN TO and SUBSCRIBED before me on this the 31st day of October, 2025.

_____
Notary Public
My Commission Expires: 4/25/2029