# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51491          **Case Name:** Shanquia Charmell Newsome Moody

**Set:** 11/20/2025 09:30 am   **Chapter:** 7   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2017 Southern Homes Manufactured Home. ., Motion to Compel Abandonment .  Filed by Creditor Vanderbilt Mortgage and Finance, Inc. (Attachments: # 1 Affidavit # 2 Exhibit A)  (Dkt. #12)

---

   Minute Entry Re: (related document(s): [12] Motion for Relief From Stay filed by Vanderbilt Mortgage and Finance, Inc.) A no response order has been submitted by White. Tickle for date: 11/27/2025. Hearing removed. (mcc)