

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**SHANQUIA CHARMELL NEWSOME MOODY**
**DEBTOR(S)**

CASE NO. 25-51491-KMS

CHAPTER 7

## DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND ABANDONMENT FROM THE ESTATE

This matter is before the Court on the motion of Vanderbilt Mortgage and Finance, Inc for relief from the automatic stay of 11 U.S.C. § 362 and abandonment from the estate pursuant to 11 U.S.C. §554 (Dkt. 12). Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS FURTHER ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 as to the following property:

One (1) 2017 Southern Homes Manufactured Home, VIN #RUS071133ALAB.

AND FURTHER, that said property is hereby abandoned from the Debtor's estate pursuant to 11 U.S.C. §554.

The terms and effect of this Order shall survive conversion of this case to another chapter under the Bankruptcy Code. Any conversion of this case to another chapter under the Bankruptcy Code shall not affect the provisions of this Order.

## END OF ORDER##

Submitted by:

*/s/ Jillian L. Guin White*
Jillian L. Guin White (MS-105387)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000
jwhite@rosenharwood.com