United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51491-KMS
Shanquia Charmell Newsome Moody Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanquia Charmell Newsome Moody, 13 Yarding Pointe, Hattiesburg, MS 39401-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025    Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jillian Laura Guin White | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. jwhite@rosenharwood.com, BKNotice@rosenharwood.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shanquia Charmell Newsome Moody trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



    **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 20, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**CASE NO. 25-51491-KMS**

**SHANQUIA CHARMELL NEWSOME MOODY**

**CHAPTER 7**

**DEBTOR(S)**

## DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY
## AND ABANDONMENT FROM THE ESTATE

    This matter is before the Court on the motion of Vanderbilt Mortgage and Finance, Inc for relief from the automatic stay of 11 U.S.C. § 362 and abandonment from the estate pursuant to 11 U.S.C. §554 (Dkt. 12). Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

    **IT IS FURTHER ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 as to the following property:

    One (1) 2017 Southern Homes Manufactured Home, VIN #RUS071133ALAB.

    AND FURTHER, that said property is hereby abandoned from the Debtor's estate pursuant to 11 U.S.C. §554.

    The terms and effect of this Order shall survive conversion of this case to another chapter under the Bankruptcy Code. Any conversion of this case to another chapter under the Bankruptcy Code shall not affect the provisions of this Order.

## END OF ORDER##

Submitted by:

*/s/ Jillian L. Guin White*
Jillian L. Guin White (MS-105387)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000
jwhite@rosenharwood.com