United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51491-KMS
Shanquia Charmell Newsome Moody  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanquia Charmell Newsome Moody, 13 Yarding Pointe, Hattiesburg, MS 39401-8008 |
| cr | + | OAK GROVE CREDIT LLC, OAK GROVE CREDIT LLC, 5266 OLD HIGHWAY 11 STE 130, HATTIESBURG, MS 39402, UNITED STATES 39402-7820 |
| 5572281 | | Cadence Bank, 6471 US 98, Hattiesburg, MS 39402 |
| 5572286 | + | Check Now, 1815 Hardy St, Hattiesburg, MS 39401-4913 |
| 5572287 | + | Community Choice Finan, 212 C Broadway Dr, Hattiesburg, MS 39401-5036 |
| 5572289 | | EZ Cash, 6051 US Hwy 49, Hattiesburg, MS 39401 |
| 5572303 | + | Summit Financial, 5064 Hardy St, Ste 60, Hattiesburg, MS 39402-1394 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jan 22 2026 00:32:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: bknotice@rosenharwood.com | Jan 21 2026 19:36:00 | Vanderbilt Mortgage and Finance, Inc., ROSEN HARWOOD, PA, 2200 Jack Warner Parkway, Suite 200, P. O. Box 2727, Tuscaloosa, AL 35403-2727, UNITED STATES 35403-2727 |
| 5572278 | | EDI: ATTWIREBK.COM | Jan 22 2026 00:32:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5572277 | + | Email/Text: bnc@teampurpose.com | Jan 21 2026 19:36:00 | Advance America, 4600 Hardy St, Ste 6, Hattiesburg, MS 39402-1349 |
| 5572279 | + | EDI: SYNC | Jan 22 2026 00:32:00 | Belk, PO Box 530940, Atlanta, GA 30353-0940 |
| 5572280 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 21 2026 19:36:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5572284 | | Email/Text: bankruptcy@centuryfirstfcu.com | Jan 21 2026 19:36:00 | Century First, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5572282 | | EDI: CAPITALONE.COM | Jan 22 2026 00:32:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5572283 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 21 2026 19:35:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5572285 | | Email/Text: bkinfo@ccfi.com | Jan 21 2026 19:36:00 | Check Into Cash, Customer Service Dept, PO Box 550, Cleveland, TN 37364-0550 |
| 5572288 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 21 2026 19:35:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5572290 | + | Email/Text: bankruptcy@curo.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 21 2026 19:36:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5572292 | + | EDI: CAPITALONE.COM | Jan 22 2026 00:32:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5572293 | | Email/Text: govtaudits@labcorp.com | Jan 21 2026 19:35:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5572294 | | EDI: MSDOR | Jan 22 2026 00:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5572295 | + | Email/Text: cdadmin@musicarts.com | Jan 21 2026 19:36:00 | Music & Arts, 5295 Westview Dr, Frederick, MD 21703-8519 |
| 5572296 | + | Email/Text: bankruptcy@ncaks.com | Jan 21 2026 19:35:00 | National Credit, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5572297 | + | Email/Text: bankruptcy@ncaks.com | Jan 21 2026 19:35:00 | National Credit Adj, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5572298 | | Email/Text: caseyof2@yahoo.com | Jan 21 2026 19:36:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5572299 | | EDI: PRA.COM | Jan 22 2026 00:32:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5572300 | | Email/Text: newbk@Regions.com | Jan 21 2026 19:36:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5572301 | + | Email/Text: lynn.simmers@srfcu.org | Jan 21 2026 19:36:00 | Singing River FCU, PO Box 8685, Moss Point, MS 39562-0011 |
| 5572302 | + | Email/Text: bkinfo@ccfi.com | Jan 21 2026 19:36:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5572304 | | Email/Text: bankruptcynotices@trustmark.com | Jan 21 2026 19:35:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5572305 | ^ | MEBN | Jan 21 2026 19:33:40 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5572306 | + | EDI: MAXMSAIDV | Jan 22 2026 00:32:00 | US Dept Of Education, Po Box 300001, Greenville, TX 75403-3001 |
| 5572307 | + | Email/Text: ebone.woods@usdoj.gov | Jan 21 2026 19:36:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5572308 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jan 21 2026 19:36:00 | Vanderbilt Mortgage, 500 Alcoa Trail, Maryville, TN 37804 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5572291 | ##+ | Justin Moody, P.O. Box 127, Mc Lain, MS 39456-0127 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: 318 | Total Noticed: 35 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 23, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jillian Laura Guin White | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. jwhite@rosenharwood.com, BKNotice@rosenharwood.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shanquia Charmell Newsome Moody trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | |
|---|---|
| Debtor 1  **Shanquia Charmell Newsome Moody**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3676**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:   **25–51491–KMS** | |

## Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Shanquia Charmell Newsome Moody**
aka Shanquia Charmell Newsome–Moody, aka
Shanquia C Newsome–Moody

Dated: 1/21/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                      **Order of Discharge**                                      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**